LOCKE LORD LLP
Michael F. Perlis (SBN 0959952)
mperlis@lockelord.com
Cary Joy Economou (SBN 211438)
ceconomou@lockelord.com
Rachael E. Shook (SBN 251628)
rshook@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
213-485-1500

Attorneys for Defendants
Twin City Fire Insurance Company and
The Hartford Financial Services Group, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| MICHAEL J. DOBSON, RICHARD D. TEASTA, and ALLEN F. BRAUN,<br><br>Plaintiff,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation; THE HARTFORD FINANCIAL SERVICES GROUP, INC., a Delaware corporation,<br><br>Defendant. | Case No. SACV11-00192DOC (MLGx)<br><br>The Honorable David O. Carter<br><br>Declaration of Christopher Butler In Opposition To Plaintiffs' Motion To Compel Production Of Documents<br><br>DATE: NOVEMBER 28, 2011<br>TIME: 8:30 AM<br>CTRM: 9D<br><br>Discovery Cutoff: March 12, 2012<br>Pretrial Conference: July 9, 2012<br>Trial Date: August 7, 2012 |

Declaration of Christopher Butler In Opposition To Plaintiffs' Motion To Compel
Production Of Documents

698519v.1

## DECLARATION OF CHRISTOPHER BUTLER

I, Christopher Butler, declare as follows:

1. I am an Assistant Vice-President of Hartford Financial Products ("HFP"). I am an attorney responsible for adjusting claims on behalf of Twin City Fire Insurance Company ("Twin City"). I make this declaration in support of Defendants' Twin City Fire Insurance Company and The Hartford Financial Services Group, Inc. (collectively, "Defendants") opposition to Plaintiffs' Motion to Compel.

2. I am authorized on behalf of Defendants to provide this declaration. It is intended that the representations made in this declaration will be binding upon Defendants in this litigation. Unless stated otherwise, the facts set forth herein are true of my own personal knowledge, except where based upon a review of books and records of Defendants or their affiliates, and as to those matters I am informed and believe them to be true. If called as a witness, I could and would competently testify.

3. As an Assistant Vice President, I supervise and manage Claims Consultants at HFP. As a result, I am familiar with and oversaw the Plaintiff Insureds' (Michael Dobson, Richard Teasta and Allan Braun, collectively, the "Insureds") Claim regarding the Invotex Action (*Invotex, Inc. v. EZL-1 Investments, et al.*, United States District Court, Central District of California, Case No. 10-01189).

4. I am also familiar with the process that is used to establish reserves, in general, for claims submitted to Twin City and its affiliates, and in particular, for the Claim submitted by the Insureds concerning the Invotex Action. .

5. Defendants' reserves for the Invotex Action (both indemnity and defense) were not set higher than either the amount paid to settle the Invotex Action or the allocation percentages offered to the Insureds.

6. With the exception of privileged and reserves information, Defendants produced the entire claim and underwriting files for the Private Choice Encore Policy, No. 256868 issued to EZ Lube LLC.

Declaration of Christopher Butler In Opposition To Plaintiffs' Motion To Compel
Production Of Documents

698519v.1

7. Reserves are set after the consideration of many factors including but not limited to statutory and regulator dictates, accounting techniques and fiscal management policy.

8. The exact processes, formulas and factors used by Defendants to set reserves is information that Defendants consider to be proprietary and is information that Defendants want to keep secret from others, especially competitors such as Ironshore. Defendants consider this information not to be of public knowledge or of a general knowledge in the trade.

s

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 3, 2011 at New York, New York.

*[signature]*

Christopher Butler
Assistant Vice President, Hartford
Financial Products, on behalf of
Defendants Twin City Fire
Insurance Company and The
Hartford Financial Services Group,
Inc.

Declaration of Christopher Butler In Opposition To Plaintiffs' Motion To Compel Production Of Documents

698519v.1