FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1  Jerome N. Lerch, Esq. (CSB #48194)
   jlerch@lerchsturmer.com
2  Debra Steel Sturmer, Esq. (CSB #105276)
   dsturmer@lerchsturmer.com
3  LERCH STURMER LLP
   425 California Street, Ste. 2400
4  San Francisco, California 94104
   Telephone:  (415) 217-6340
5  Facsimile:  (415) 217-2782

6  Attorneys for Plaintiff Ironshore Indemnity, Inc., as
   Assignee of Michael J. Dobson, Richard D. Teasta,
7  Allen F. Braun, and in its own right

8  Louis R. Miller, Esq. (CSB #54141)
   smiller@millerbarondess.com
9  Geoffrey A. Neri, Esq. (CSB #258802)\
   gneri@millerbarondess.com
10 MILLER BARONDESS, LLP
   1999 Avenue of the Stars, Suite 1000
11 Los Angeles, California 90067
   Telephone: (310) 552-4400
12 Facsimile:  (310) 552-8400

13 Attorneys for Plaintiffs
   Michael J. Dobson, Richard D. Teasta and
14 Allen F. Braun

15                UNITED STATES DISTRICT COURT

16    FOR THE CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

17 | MICHAEL J. DOBSON; RICHARD D. | Case No. SACV-11-00192 DOC
   | TEASTA and ALLEN F. BRAUN, |
18 | Individuals; IRONSHORE | The Honorable David O. Carter
   | INDEMNITY, INC., a Minnesota |
19 | Corporation, as assignee of Michael J. | [PROPOSED] FINAL JUDGMENT
20 | Dobson; Richard D. Teasta; and Allen F. |
21 | Braun; and IRONSHORE INDEMNITY, | Hearing Date: September 17, 2012
   | INC., individually; | Time:         8:30 a.m.
22 | | Dept:          9D
23 |       Plaintiffs, |
   | v. | Action Filed: February 2, 2011
24 | | Third Party Complaint Filed:
   | TWIN CITY FIRE INSURANCE | January 13, 2012
25 | COMPANY, an Indiana corporation, |
   | THE HARTFORD FINANCIAL |
26 | SERVICES GROUP, INC., a Delaware |
   | corporation; and DOES 1 to 10, |
27 | inclusive. |
28 |      Defendants. |

1

[PROPOSED] FINAL JUDGMENT
Case #SACV-11-00192 DOC

| | |
|---|---|
| 1 | TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation; |
| 2 | HARTFORD FINANCIAL SERVICES GROUP, INC., a Delaware corporation. |
| 3 | |
| 4 | Counter-Plaintiffs, |
|   | v. |
| 5 | IRONSHORE INDEMNITY, INC., a Minnesota Corporation, |
| 6 | |
| 7 | Counter-Defendant. |
| 8 | TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation; |
| 9 | HARTFORD FINANCIAL SERVICES GROUP, INC., a Delaware corporation. |
| 10 | |
| 11 | Third Party Plaintiffs, v. |
| 12 | GREIF & CO., a California corporation; EZL-I INVESTMENTS, INC., a California corporation, |
| 13 | |
| 14 | Counter-Defendant. |

THIS MATTER is before the Court at the request of Plaintiffs Michael J. Dobson, Richard D. Teasta, Allen F. Braun, and Ironshore Indemnity, Inc., as assignee of Michael J. Dobson, Richard D. Teasta and Allen F. Braun, and Ironshore Indemnity, Inc., individually for entry of final judgment of this action pursuant to Rule 58 of the Federal Rules of Civil Procedure ("FRCP") and this Court's Order, filed July 5, 2012 (Dkt. 185).

This Court previously entered the following Order:

1. Summary Judgment was entered in favor of Twin City Fire Insurance Company and Hartford Financial Services Group, Inc. and against Plaintiffs Michael J. Dobson, Richard D. Teasta, Allen F. Braun, and Ironshore Indemnity, Inc., as assignee of Michael J. Dobson, Richard D. Teasta and Allen F. Braun, and Ironshore Indemnity, Inc., individually on July 5, 2012 (Dkt. 185).

///

2. Partial Summary Judgment on Plaintiffs' First Cause of Action for Breach of the Duty to Advance Defense Costs and Fourth Cause of Action for Subrogation was denied as to Plaintiffs Michael J. Dobson, Richard D. Teasta, Allen F. Braun, and Ironshore Indemnity, Inc., as assignee of Michael J. Dobson, Richard D. Teasta and Allen F. Braun, and Ironshore Indemnity, Inc., individually as against Twin City Fire Insurance Company and Hartford Financial Services Group, Inc. (Dkt. 185).

Therefore, in light of the Court's ruling, pursuant to FRCP 41(a)(1)(A)(ii), the following matters have been dismissed as moot and without prejudice by Stipulation:

3. Counter-Plaintiffs Twin City Fire Insurance Company and Hartford Financial Services Group, Inc.'s Counterclaim for Equitable Contribution against Counter-defendant Ironshore Indemnity, Inc. (Dkt. 89-1)

4. Third Party Plaintiffs Twin City Fire Insurance Company and Hartford Financial Services Group, Inc.'s Third-Party Complaint for Equitable Contribution/Indemnity against Third Party Defendants Greif & Co. and EZL-I Investments, Inc. (Dkt. 85).

THEREFORE, IT IS HEREBY ORDERED and ADJUDGED as follows:

1. Judgment is entered in favor of Twin City Fire Insurance Company and Hartford Financial Services Group, Inc., on the grounds set forth in the Court's July 5, 2012 Order (Dkt. 185), which Order is incorporated herein by reference as though fully set forth;

2. Twin City Fire Insurance and Hartford Financial Services Group, Inc., as the prevailing parties, are entitled to costs pursuant to FRCP 54; and,

///
///
///
///
///
///

3. Final Judgment is entered, pursuant to FRCP 58, for Twin City Fire Insurance Company and Hartford Financial Services Group, Inc.

IT IS SO ORDERED.

DATED: August 28, 2012

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE