JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. DOBSON, ET AL, <br><br> Plaintiff(s), <br><br> v <br><br> TWIN CITY FIRE INSURANCE COMPANY, ET AL, <br><br> Defendant(s) | CASE NO. SA CV 11-0192-DOC (MLGx) <br><br> **ORDER DISMISSING CIVIL CASE** |

The Court having been notified by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **November 6, 2015** to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: October 9, 2015